IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| GERDAU AMERISTEEL US INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:08-cv-50220 |
| ) | |
| TOTE-CART COMPANY, ) | Assigned Judge: Kapala |
| ) | |
| Defendant. ) | Designated Magistrate Judge: Mahoney |

### PLAINTIFF'S MOTION FOR THE ENTRY OF AN ORDER OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT

NOW COMES the Plaintiff, GERDAU AMERISTEEL US, INC. ("Ameristeel"), by and through its attorneys, FALK METZ LLC, and moves this Court for the entry of an Order of Default and Default Judgment against Defendant TOTE-CART COMPANY ("Tote-Cart"), pursuant to Rule 55 of the Federal Rules of Civil Procedure and states:

1. The Complaint was filed against the Defendant on September 30, 2008. (Exhibit A)

2. Defendant was personally served on November 13, 2008, and the return of service has been filed with the Court. (Exhibit B)

3. No appearance or pleading has been filed by Defendant.

4. Plaintiff's damages are $192,284.94, as set forth in the attached affidavit of Greg Harris. (Exhibit C)

5. Additionally, Plaintiff is entitled to interest in the amount of $2,403.57, calculated at 5% per annum pursuant to the Illinois Interest Act. (Exhibit C)

6. Plaintiff is entitled to its costs of $463.50. (Exhibit C)

7. All the allegations set forth in the Complaint are true and accurate. (Exhibit C)

WHEREFORE, Plaintiff GERDAU AMERISTEEL US, INC. moves this Court to enter an Order of Default and Default Judgment against TOTE-CART COMPANY, in the amount of $195,152.01.

Dated this 30th day of December, 2008

GERDAU AMERISTEEL US, INC.,

By:   /s/ Carl E. Metz, II
      One of its attorneys

Carl E. Metz, II
ARDC No.: 6225644
cmetz@falkmetz.com
FALK METZ LLC
Two First National Plaza
20 South Clark Street, Suite 1900
Chicago, IL 60603-1884
Tele: 312-922-5800
Fax: 312-922-3990
Attorneys for Plaintiff Gerdau Ameristeel US, Inc.