IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| GERDAU AMERISTEEL US INC., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No.: 3:08-cv-50220 ) |
| TOTE-CART COMPANY, | ) Assigned Judge: Kapala ) |
|     Defendant. | ) Designated Magistrate Judge: Mahoney |

## AFFIDAVIT

I am Greg Harris being sworn on oath, states as follows:

1. I am an authorized representative of the Plaintiff Gerdau Ameristeel US, Inc. and have personal knowledge of the facts set forth herein.

2. Gerdau Ameristeel US, Inc. brought a two Count Complaint against the Defendant Tote-Cart Company alleging breach of contract and for damages under the Uniform Commercial Code.

3. I have reviewed the Complaint, which is attached hereto as Exhibit 1. The statements set forth therein are true and accurate.

4. As a result of the Defendant Tote-Cart Company's refusal to pay for the materials received, Defendant Tote-Cart Company has breached its contract and Gerdau Ameristeel US, Inc. is owed $192,284.94. A copy of Plaintiff's Account Receivable Report is attached hereto as Exhibit 2.

5. Interest at the rate of 5%, or $801.19 per month, now totals, $2,403.57.

6. Cost incurred now totals $463.50.

7. Gerdau Ameristeel US, Inc. has sustained damages in the amount of $192,284.94, plus interests of $2,403.57, plus costs of $463.50 for a total of $195,152.01.

8. If called to testify the affidavit will testify as a set forth herein.



The Affiant Further Sayeth Naught.

_____
Greg Harris

Subscribed and Sworn to before me

this 18th day of December, 2008

_____
Shirley A. Luce
Notary Public

My Commission expires July 19, 2010

**FILED**

SEP 3 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| GERDAU AMERISTEEL US, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: **08 C 50 2 20** |
| ) | |
| TOTE-CART COMPANY ) | KAPALA |
| ) | |
| Defendant. ) | |

## COMPLAINT

Plaintiff Gerdau Ameristeel US, Inc., by its attorneys, complains of Defendant Tote-Cart Company as follows:

### PARTIES

1.  Plaintiff Gerdau Ameristeel US, Inc. ("Ameristeel") is a Florida corporation with its principal place of business in Tampa, Florida. Ameristeel is in the business of manufacturing steel products.

2.  Defendant Tote-Cart Company ("Tote-Cart") is an Illinois Corporation with its principal place of business in Rockford, Illinois. Tote-Cart manufactures products containing steel wire, including shopping carts.

### JURISDICTION

3.  Ameristeel is a citizen of the State of Florida. Tote-Cart is a citizen of the State of Illinois.

4.  The amount in controversy, exclusive of interest and costs, is in excess of $75,000.

5.  This Court has jurisdiction pursuant to 28 U.S.C. § 1332 based on the diverse citizenship of the parties.



## VENUE

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a) because Tote-Cart is a resident of this district and a substantial part of the events or omissions giving rise to this action occurred in this district.

7. Venue is proper in this division because Tote-Cart is a resident of this division and a substantial part of the events or omissions giving rise to this action occurred in this division.

## ALLEGATIONS COMMON TO ALL COUNTS

8. In July and August, 2008, Tote-Cart placed orders with Ameristeel for steel wire to be used in Tote-Cart's manufacturing business. Tote-Cart agreed to purchase and Ameristeel agreed to sell the steel wire at an agreed price.

9. Ameristeel shipped the steel to Tote-Cart.

10. Tote-Cart accepted the shipments of steel. Tote-Cart did not pay for the steel.

## COUNT I
### (Breach of Contract)

11. Ameristeel incorporates by reference paragraphs 1 through 10 as paragraph 11 of this Count I.

12. Ameristeel agreed to sell and Tote-Cart agreed to purchase and to pay for the steel.

13. Ameristeel arranged for the delivery of the steel to Tote-Cart, in Illinois. Tote-Cart accepted the steel.

14. Ameristeel has complied with all of its obligations under the contract for the purchase and sale of the steel.

15. In breach of its obligations under the contract, Tote-Cart has failed to pay for the steel.

16. Ameristeel has been damaged in the amount of $192,284.94 as a result of Tote-Cart's breach of contract.

17.   Ameristeel is entitled to interest under the Illinois Interest Act.

WHEREFORE, Ameristeel prays for judgment in its favor and against Tote-Cart for damages in an amount to be proved at trial, which is in excess of $75,000, plus interest, costs and such other relief the Court deems just and appropriate.

## COUNT II
### (Uniform Commercial Code)

18.   Ameristeel incorporates by reference paragraphs 1 through 17 as paragraph 18 of this Count II.

19.   Under the Illinois Uniform Commercial Code, Ameristeel may recover the price of the steel and incidental damages.  810 ILCS 5/2-709 and 5/2-710.

WHEREFORE, Ameristeel prays for judgment in its favor and against Tote-Cart for damages in an amount to be proved at trial, which is in excess of $75,000, plus interest, costs and such other relief the Court deems just and appropriate.

### JURY DEMAND

Plaintiff Ameristeel demands a trial by jury of all issues contained in this Complaint.

Respectfully submitted this 30th day of September, 2008.

FALK METZ LLC

By:   /s/ Carl E. Metz, II

Carl E. Metz II
ARDC No.: 6225644
cmetz@falkmetz.com
Michael D. McCormick
ARDC No.: 3122022
mmccormick@falkmetz.com
Falk Metz LLC
20 South Clark Street, Suite 1900
Chicago, IL 60603
Telephone:   (312) 922-5800
Facsimile:   (312) 922-3990
Attorneys for Plaintiff Gerdau Ameristeel US, Inc.

09/22/08 09:57:15 AM

## GERDAU AMERISTEEL CORPORATION
## ACCOUNTS RECEIVABLES
## FABG DETAIL AGED TRIAL BALANCE

For Location : 0007, Customer(s) 60320051,Charge Back : NO

Page 1 of 1

| Account # | Name & Address | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Div # | Reference # | As of Date | PO/XRef # | Sls Init | Due Date | Tran Type | Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | OVER 90 Days Past Due | Outstanding Receivables |

| Div # | Reference # | As of Date | PO/XRef # | Sls Init | Due Date | Tran Type | Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | OVER 90 Days Past Due | Outstanding Receivables |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **60320051** | | | TOTE CART COMPNAY | | | | | | ROCKFORD | IL 61102 | | |
| 0007 | 000711613 4 | 07/01/08 | 2982 | | 07/31/08 | I | | | 26,061.24 | | | 26,061.24 |
| 0007 | 000711622 1 | 07/11/08 | 2819 | | 08/10/08 | I | | | 24,597.22 | | | 24,597.22 |
| 0007 | 000711625 8 | 07/15/08 | 3074 | | 08/14/08 | I | | | 27,166.12 | | | 27,166.12 |
| 0007 | 000711628 4 | 07/17/08 | 3190 | | 08/16/08 | I | | | 27,179.02 | | | 27,179.02 |
| 0007 | 000711642 0 | 07/29/08 | 3183 | | 08/28/08 | I | | 29,107.71 | | | | 29,107.71 |
| 0007 | 000711646 4 | 08/05/08 | 3183 | | 09/04/08 | I | | 28,920.02 | | | | 28,920.02 |
| 0007 | 000711660 3 | 08/18/08 | 3183 | | 09/17/08 | I | | 29,253.61 | | | | 29,253.61 |
| **Account Total** | CR/Lim 85,000.00 | | "GENERAL ACCOUNT" | | Days To Pay 60 | | | 87,281.34 45.39% | 105,003.60 54.61% | | | 192,284.94 100.00% |
| | | | | **Grand Total** | | | $0.00 0.00% | $87,281.34 45.39% | $105,003.60 54.61% | $0.00 0.00% | $0.00 0.00% | $192,284.94 100.00% |



EXHIBIT 2